## Hughes, Appellant, *v.* Murdoch Storage & Transfer Co. (No. 2).

OPINION BY MR. JUSTICE KEPHART, December 31, 1920:

For the reasons given in the preceding appeal at No. 155 October Term, 1920, judgment affirmed.